R. Gillies, Appellee, v. E. B. Marshall, Appellant. Brady's Stamp Shop, Inc., Appellant.

Gen. Nos. 41,317, 41,334.

opinion filed February 17, 1941. Seymour S. Cunningham, for appellants; Randolph Bohrer, for appellee; Milton J. Fink, of counsel. Opinion by JUSTICE MATCHETT. ''Not to be published in full.''